Basic Account Upgrade                                              Welcome, tim farmer   Add Connections   Settings   Help · Sign Out

**Linked in.**   Home   Profile   Contacts   **Groups**   Jobs   Inbox   More...      People                                   Advanced

## Charlotte Claims Association

Overview   **Discussions**   News   Jobs   Subgroups   More...                                              Group Profile

### Discussion                                                                         Back to all discussions | Start a discussion

Follow discussion    Move to Jobs

**Ron Alford**
DISASTER MASTERS (R) Inc.
Director
See all Ron's activity »
Follow Ron

Disaster Masters (R) is a Federal registered trademark for a New York company. It is not a good idea to do business with any company who wilfully steals a Trademark and not suffer consequenses.
The Disaster Master company in the state of NC is in Federal court and should not be trusted in business. They have EEOC fines amongs other issues. If you get a claim from them it is likely to be as crooked as their other behaviours.

Posted 4 days ago | Reply Privately

### Comments (1)

**Tim Crane**
President at Sunshine Restoration Group, LLC
See all Tim's activity »
Follow Tim

That's interesting and never knew until your post. Thanks for sharing.
Although have never had a B2B relationship with them, we have shared referrals.
Thanks again.

Posted 3 days ago | Reply Privately

**Add a Comment:**

**Follow this discussion.** Get notified by email about new comments.
Note: Email notifications will be sent to tim.farmer@gmail.com Change »

[ ☑ Unsubscribe ]

Customer Service   About   Blog   Careers   Advertising   Recruiting Solutions   Tools   Developers   Language   Upgrade Your Account
By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.
LinkedIn Corporation © 2010   User Agreement   Privacy Policy   Copyright Policy   Send us your feedback.

**EXHIBIT A** (Blumberg No. 5208)