# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Re: Case <u>1:10CV248</u>

## NOTICE OF RIGHT TO CONSENT
## TO THE EXERCISE OF CIVIL JURISDICTION
## BY A MAGISTRATE JUDGE

Your attention is invited to Title 28 U.S.C. § 636(c).

You are hereby notified that if all parties to a civil case consent, the United States magistrate judges of this district court, in addition to their other duties, may conduct a trial pursuant to 28 U.S.C. § 636(c)(1) and order the entry of a final judgment.

Your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by my office to either the judge or magistrate judge.

Copies of the form for the "Consent to Proceed Before a United States Magistrate Judge" are available from my office.

<u>March 30, 2010</u>
    Date

                                     /s/ John S. Brubaker
                               JOHN S. BRUBAKER, Clerk of Court