IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:10-cv-248

| | |
|---|---|
| MICHAEL MACKO d/b/a DISASTER MASTER,<br><br>                Plaintiff,<br>v.<br><br>DISASTER MASTERS, INC.<br>and RON ALFORD,<br>                Defendants | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Macko d/b/a Disaster Master, by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice.

This the 9$^h$ day of April, 2010.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By:/s/ Mark A. Stafford
                    Mark A. Stafford
                    N.C. State Bar No. 16835
                    E-Mail: mark.stafford@nelsonmullins.com
                    380 Knollwood Street / Suite 530
                    Winston-Salem, NC  27103
                    Telephone (336) 774-3333; Fax (336) 774-3374
                    *Attorneys for Plaintiff*